UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JAMES R. GIBSON,
                Plaintiff,

v.

**ORDER**

WESTCHESTER MEDICAL CENTER
HEALTH CARE CORPORATION, JANE
DOE 1, JANE DOE 2, and DOES 3-10,
                Defendants.

20 CV 4263 (VB)
--------------------------------------------------------------x

       On June 4, 2020, plaintiff James R. Gibson commenced the instant action against defendants Westchester Medical Center Health Care Corporation, Jane Doe 1, Jane Doe 2, and Does 3-10.  (Doc. #1).

       On June 10, 2020, the Clerk of Court issued a summons as to defendant Westchester Medical Center Health Care Corporation.  (Doc. #6).  However, there is no indication on the docket that defendant has been served, and defendant has not appeared in this case.

       Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before September 24, 2020, plaintiff either:  (i) files to the ECF docket proof of service, indicating defendant was served on or before September 2, 2020; or (ii) shows good cause in writing for his failure to comply with Fed. R. Civ. P. 4(m).

Dated: September 17, 2020
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge